**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01273-REB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

RICHARD TERLINGEN,
CHANSON ROQUE, and
SHANNON ISENHOUR,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the defendant's **Motion To Dismiss Appeal With Prejudice** [#42], filed February 3, 2009. The motion is **DENIED** for lack of jurisdiction.

    Dated: February 4, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.