IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: March 19, 2009

Deputy Clerk: Nel Steffens
Court Reporter: Suzanne Claar

---

**Civil Action No. 08–cv–01273–REB–MJW**

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, | Michael Power |
| Plaintiff, | |
| v. | |
| RICHARD TERLINGEN, | Without counsel |
| CHANSON ROQUE, and | Not present |
| SHANNON ISENHOUR, | Not present |
| Defendants. | |

---

## COURTROOM MINUTES

**Hearing on Motion for Attorney Fees**

**10:13 a.m.    Court in session**

Appearances of counsel. No defendants nor defense counsel are present.

Opening statements by the court.

Argument by Mr. Power.

Court's findings of fact, conclusions of law, and orders.

**IT IS ORDERED as follows:**

1. That the Plaintiff's **Motion for Attorney Fees and Defense Costs** [#33], filed December 24, 2008, is **GRANTED** consistent with this court's foregoing findings of fact and conclusions of law;

2. That the Plaintiff is awarded $6,102.60, representing reasonable litigation costs including reasonable attorney fees and costs incurred by the plaintiff in its legal representation of the defendant, Richard Terlingen; and

3. That pursuant to Fed.R.Civ.P. 58, judgment shall enter in favor of the Plaintiff and against Defendant Richard Terlingen in the amount of $6,102.60.

The Court will reiterate and supplement, to the extent necessary, its findings, conclusions, and orders in a written order to be issued as soon as practicable.

**10:23 a.m.    Court in recess.**

Total time in court:   00:10

Hearing concluded.