**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01273-REB-MJW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

   Plaintiff,

v.

RICHARD TERLINGEN,
CHANSON ROQUE, and
SHANNON ISENHOUR,

   Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION
FOR ATTORNEY FEES AND DEFENSE COSTS**

**Blackburn, J.**

The matter before me is plaintiff's **Motion for Attorney Fees and Defense Costs** [#33], filed December 24, 2008. As required by 28 U.S.C. § 2202, a hearing was convened for purposes of determining plaintiff's request for ancillary relief in this declaratory judgment action. Plaintiff appeared by its counsel at the hearing. Despite notice of the time, date, and substance of the hearing, no defendant was present, either in person or by counsel, nor was my chambers advised by telephone, email, or otherwise, of any impediment or excuse to their attendance.

Having considered the motion, evidence, and apposite caselaw, and hereby incorporating all findings and conclusions made on the record in open court this day, I find and conclude that plaintiff's motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion for Attorney Fees and Defense Costs** [#33] filed December 24, 2008, is **GRANTED**;

2. That plaintiff, American Family Mutual Insurance Company, a Wisconsin corporation, is **AWARDED** $6,102.60 in attorney fees and costs against defendant Richard Terlingen;

3. That the judgment **SHALL BE AMENDED** to include the award of attorney fees and costs awarded herein.

Dated March 19, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge